# STOLL, GLICKMAN & BELLINA LLP ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

April 16, 2008

Honorable Judge Loretta A. Preska
U.S. District Court - S.D.N.Y.
500 Pearl Street, Room 1320
New York, NY 10007
BY FAX

Re: <u>Tisha Wilson v. City of New York et al.</u> 07CV9309 (LAP)

You Honor-

As requested at our initial conference, I write to update the Court on the status of the above case. I have discussed the content of this letter with opposing counsel.

Initial disclosures and document demands have been exchanged. A first round of documents and CCRB tapes has recently been produced. Medical records have been obtained for the treatment plaintiff received as a result of this incident.

The parties expect to engage in settlement discussions once the recent discovery documents are reviewed. We are hopeful we can reach a settlement prior to depositions. If our settlement discussions fail, we will reach out to the Court for assistance.

Please let me know if there is any additional information I can provide.

Sincerely Yours,

*[signature]*

Nicole Bellina
718 852 4491

cc: ACC Maurice Hudson (BY FAX)

*[Handwritten order:]* Counsel shall inform the Court by letter of the status of the action no later than May 16, 2008.

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

April 16, 2008