# STOLL, GLICKMAN & BELLINA LLP ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08
```

May 13, 2008

Honorable Judge Loretta A. Preska
U.S. District Court - S.D.N.Y.
500 Pearl Street, Room 1320
New York, NY 10007
BY FAX

Re: <u>Tisha Wilson v. City of New York et al</u>. 07CV9309 (LAP)

You Honor-

As requested, I write to update the Court on the status of the above case. I have discussed the content of this letter with opposing counsel.

The parties have exchanged most documents with the exception of the officers' personnel records. ACC Hudson expects to provide these final documents shortly.

Unfortunately, our initial efforts to settle the case have failed. We have scheduled plaintiff and two defendant officer depositions in June.

The parties will continue to discuss settlement. If, after the currently scheduled depositions, we are still unable to reach an agreement, we will reach out to the Court for assistance.

Please let me know if there is any additional information I can provide.

Sincerely Yours,

*Nicole Bellina*
Nicole Bellina
718 852 4491

cc: ACC Maurice Hudson (BY EMAIL)

*Handwritten order:* Counsel shall confer and propose a date for amendments to the pleadings and close of discovery

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED S.... ...T JUDGE

May 14, 2008