UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

TISHA WILSON,

                                      Plaintiff,

               -against-

City of New York, et al.,

                                      Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 9309 (LAP)(KNF)

      **PLEASE TAKE NOTICE** that **Maurice L. Hudson**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants the City of New York, Raymond W. Kelly, Frank Vega, Paul Parkinson, Frank Bulzoni and Jessica Navarro, effective immediately, replacing ACC Jordan M. Smith.

Dated: New York, New York
         May 19, 2008

                                             MICHAEL A. CARDOZO
                                             Corporation Counsel
                                                 of the City of New York
                                             Attorney for Defendants City of New York,
                                             Raymond W. Kelly, Frank Vega, Paul
                                             Parkinson, Frank Bulzoni and Jessica Navarro
                                             100 Church Street, Room 3-209
                                             New York, New York 10007
                                             (212) 788-8684

                                  By: _____
                                         Maurice L. Hudson
                                         Special Federal Litigation Division

To:     Nicole Bellina, Esq. (By ECF)
          71 Nevins Street
          Brooklyn, New York 11217