06/26/2008 12:25 IFAX astoll@nyc.rr.com                          → Nicole Bellina          001/004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

TISHA WILSON,

                                    Plaintiff,     ORDER OF JUDGMENT

            -against-

                                                   DOCKET #07CV9309(LAP)
THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY,    DEPUTY INSPECTOR
FRANK VEGA, POLICE OFFICER PAUL PARKINSON,
POLICE OFFICER FRANK BULZONI, POLICE
OFFICER JESSICA NAVARRO, POLICE OFFICERS
JOHN DOE #1-2

                                    Defendants.

------------------------------------------------------------------ x

    WHEREAS, plaintiff Tisha Wilson commenced this action by filing a complaint on or

about October 17, 2007; and

    WHEREAS, defendants served plaintiff Tisha Wilson with a Rule 68 Offer of Judgment

on June 13, 2008, attached herewith; and

    WHEREAS, plaintiff Tisha Wilson accepted defendant's Rule 68 Offer of Judgment on

June 20, 2008, acceptance attached herewith; and

    NOW, THEREFORE, IT IS HEREBY ORDERED, that:

    1.  All claims in the above-referenced action asserted by plaintiff Tisha Wilson are

hereby dismissed pursuant to Rule 68 of the Federal Rules of Civil Procedure and the terms of

the Rule 68 Offer of Judgment made by defendants to Tisha Wilson on June 13, 2008.

SO ORDERED:                          The Clerk of the Court Shall
                                     mark this action closed and all
                                     pending motions denied as moot.

_____
LORETTA PRESKA, U.S.D.J.              SO ORDERED:

June 29, 2008                        _____
                                     LORETTA A. PRESKA, U.S.D.J.